## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02511-DDD-STV

DAVID PLOWDEN, MARIO ORTEGA, and KAMILLE FAYE VINLUAN-JULARBAL, each individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

SIMILASAN CORP.,

        Defendant.

---

### **UNOPPOSED** MOTION OF DEFENDANT TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME FOR WRITTEN DISCOVERY

---

Defendant Similasan Corp. ("Similasan"), through counsel, submits this Motion To Modify the Scheduling Order to Extend the Time to for Written Discovery pursuant to Local Rule of Practice of the United States District Court for the District of Colorado – Civil 6.1 and Uniform Civil Practice Standards V(7).

1.    **Certificate of Conferral**. Pursuant to Local Rule 7.1(a), undersigned counsel conferred with counsel for Plaintiffs, who do not oppose the relief sought.

2.    Pursuant to the Scheduling Order [#44], the parties agreed to a modified discovery plan in light of Defendant's Motion to Dismiss all claims. Specifically, the parties agreed to a "limited stay of discovery of 90 days, beginning when all briefing on the Motion to Dismiss is completed." (Sched. Order at 12).

3. Defendant's Reply in Support of its Motion to Dismiss [#50] was filed April 1, 2024. The 90-day stay, therefore, expired July 1.

4. The Scheduling Order further provides: "Written discovery responses would be due 30 days after the expiration of the stay." (Sched. Order at 13).

5. On April 10, Plaintiffs served their First Set of Requests for Production on Defendant. In accordance with the Scheduling Order, responses are due July 31.

6. On July 1, Plaintiffs served their First Set of Interrogatories on Defendant. Responses to this discovery are also due July 31.

7. There has been no ruling on the Motion to Dismiss, but the parties are discussing the possibility of settlement. A formal mediation is scheduled for August 1, 2024 at JAMS in Los Angeles.

8. In a good faith effort to see if this matter may be resolved before the expenditure of significant time and resources on written discovery, Defendant seeks to modify the Scheduling Order to allow an additional 47 days to respond to and serve its own written discovery, making the new deadline September 16, 2024.

9. Undersigned counsel affirms that a copy of this Motion is being served contemporaneously by counsel on its client. D.C.COLO.LCivR 6.1(c).

WHEREFORE, Defendant requests the Court enter an order modifying the Scheduling Order to reflect a new deadline to respond to and serve written discovery of September 16, 2024.

Respectfully submitted this 22nd day of July, 2024.

/s/ Gregory S. Hearing
Thomas B. Quinn
Gregory S. Hearing II
Megan A. Jones
GORDON REES SCULLY MANSUKHANI LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado 80202
(303) 534-5160
tquinn@grsm.com
ghearing@grsm.com
mzjones@grsm.com

ATTORNEYS FOR DEFENDANT SIMILASAN CORP.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of July, 2024, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF filing system, which will send notification to the below:

Similasan Corporation
1805 Shea Center Dr., Suite 270
Highlands Ranch, CO 80129
quail@similasanusa.com

Melissa S. Weiner
Ryan T. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Tel: 612-389-0600
mweiner@pwfirm.com
rgott@pwfirm.com
William H. Anderson
**HANDLEY FARAH & ANDERSON PLLC**
5353 Manhattan Circle, Suite 204
Boulder, CO 80305
Tel: 303-800-9109
wanderson@hfajustice.com

Jonas Jacobson
Christin Cho
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
jonas@dovel.com; christin@dovel.com
Russell M. Busch
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
630-796-0903
Email: rbusch@milberg.com

Simon Wiener
**HANDLEY FARAH & ANDERSON PLLC**
68 Harrison Avenue, Suite 604
Boston, Massachusetts 02111
Tel: 202-921-4567
swiener@hfajustice.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
nsuciu@milberg.com
Rachel Soffin*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel : 865-247-0080
Email: rsoffin@milberg.com

Trenton R. Kashima
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
619-810-7047
Email: tkashima@milberg.com

   *s/ Linda S. Montoya*
   For Gordon Rees Scully Mansukhani LLP