## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Case No.: 1:23-cv-02511-DDD-STV

DAVID PLOWDEN, MARIO ORTEGA, and
KAMILLE FAYE VINLUAN-JULARBAL,
each individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

SIMILASAN CORP., a Colorado Corporation,

        Defendant.

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS AND APPOINTMENT OF SETTLEMENT CLASS COUNSEL

Plaintiffs David Plowden, Mario Ortega , and Kamille Faye Vinluan-Jularbal (collectively, "Named Plaintiffs"), on behalf of themselves and all others similarly situated, through their attorneys, with the consent of Defendant Similasan Corporation ("Defendant"), through its attorneys, move the Court for an order:

1. Preliminarily approving of the Parties' proposed class action Settlement Agreement;

2. Certifying the proposed Settlement Class for settlement purposes;

3. Appointing Named Plaintiffs David Plowden, Mario Ortega and Kamille Faye Vinluan-Jularbal as class representatives of the Settlement Class;

4. Appointing Melissa S. Weiner of Pearson Warshaw, LLP, Nick Suciu III and Rachel Soffin of Milberg Coleman Bryson Phillips Grossman PLLC, Jonas Jacobson of Dovel Luner LLP and William H. Anderson of Handley, Farah & Anderson PLLC as Class Counsel;

5. Approving of Notice to the Settlement Class;

6. Granting a stay of all proceedings in this litigation against the Released Persons except as necessary to effectuate the Settlement Agreement or as otherwise agreed to by the Parties; and

7. Setting a hearing date for the Final Fairness Hearing to consider final approval of the Parties' Settlement.

This Motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and any other evidence and arguments presented in the briefings and at any hearing on this Motion to be set by the Court.

DATE: November 6, 2024       */s/ William H. Anderson*
William H. Anderson
**HANDLEY FARAH & ANDERSON PLLC**
5353 Manhattan Circle, Suite 204
Boulder, CO 80305
Tel: 303-800-9109
wanderson@hfajustice.com

Simon Wiener
**HANDLEY FARAH & ANDERSON PLLC**
68 Harrison Avenue, Suite 604
Boston, Massachusetts 02111
Tel: 202-921-4567
swiener@hfajustice.com

Melissa S. Weiner
Ryan T. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391

Tel: 612-389-0600
mweiner@pwfirm.com
rgott@pwfirm.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
nsuciu@milberg.com

Trenton R. Kashima
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760
San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milberg.com

Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel : 865-247-0080

Jonas Jacobson
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069
jonas@dovel.com

*Counsel for Plaintiffs and the Proposed Class*

  I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).