IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 1:23-cv-02511-DDD-STV

DAVID PLOWDEN, MARIO ORTEGA, and
KAMILLE FAYE VINLUAN-JULARBAL,
each individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

SIMILASAN CORP., a Colorado
Corporation,

      Defendant.

## PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs David Plowden, Mario Ortega and Kamille Faye Vinluan-Jularbal (collectively, "Named Plaintiffs"), on behalf of themselves and all others similarly situated, through their attorneys, and with the consent of Defendant Similasan Corporation ("Defendant"), through its attorneys, move the Court for an order:

1. Finally certifying the Settlement Class for settlement purposes;

2. Finally approving the class action Settlement as fair, adequate and reasonable and in compliance with all requirements of due process and applicable law.

3. Finally appointing Named Plaintiffs David Plowden, Mario Ortega and Kamille Faye Vinluan-Jularbal as Class Representatives of the Settlement Class.

4. Finally appointing Melissa S. Weiner of Pearson Warshaw, LLP, Nick Suciu III and Rachel Soffin of Milberg Coleman Bryson Phillips Grossman PLLC, Jonas Jacobson of Dovel Luner LLP and William H. Anderson of Handley, Farah & Anderson PLLC as Class Counsel.

1

This Motion is based on Federal Rule of Civil Procedure 23, the concurrently filed Memorandum and supporting declarations, and any other evidence and arguments presented in the briefings and at any hearing on this Motion to be set by the Court.

Date: April 21, 2025                                  Respectfully submitted,

By: */s/ Melissa S. Weiner*

Melissa S. Weiner
Ryan T. Gott
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Tel: 612-389-0600
mweiner@pwfirm.com
rgott@pwfirm.com

William H. Anderson
**HANDLEY FARAH & ANDERSON PLLC**
5353 Manhattan Circle, Suite 204
Boulder, CO 80305
Tel: 303-800-9109
wanderson@hfajustice.com

Jonas Jacobson
**DOVEL & LUNER, LLP**
201 Santa Monica Blvd. Suite 600
Santa Monica, CA 90401
Telephone: (210) 656-7066
Facsimile: (310) 656-7069
jonas@dovel.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Rd., Suite 115
Bloomfield Hills, MI 48301
Tel: 313-303-3472
nsuciu@milberg.com

Trenton R. Kashima
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
402 West Broadway, Suite 1760

San Diego, CA 92101
Tel: (619) 810-7047
tkashima@milberg.com

Rachel Soffin
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
rsoffin@milberg.com

Simon Wiener
**HANDLEY FARAH & ANDERSON PLLC**
68 Harrison Avenue, Suite 604
Boston, Massachusetts 02111
Tel: 202-921-4567
swiener@hfajustice.com

*Interim Class Counsel*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

*/s/ Melissa S. Weiner*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of April, 2025, I electronically filed the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Parties.

/s/ Melissa S. Weiner