IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02511-DDD-STV

DAVID PLOWDEN;
MARIO ORTEGA; and
KAMILLE FAYE VINLUAN-JULARBAL,
individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

SIMILASAN CORP.,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Motions for Final Approval of Class Action Settlement and Attorney Fees, Costs, and Service Awards, filed July 21, 2025, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Plaintiffs, David Plowden; Mario Ortega; and Kamille Faye Vinluan-Jularbal, individually and on behalf of all others similarly situated, and against Defendant, Similasan Corp., in the total amount of Three Million Five Hundred and Seventy-Five Thousand Dollars ($3,575,000.00), which shall be used to pay Cash Awards, Notice and Administration Costs (including the Deposit

Amount), Attorneys' Fees and Costs and Service Awards. It is further

ORDERED that Class Counsel is awarded attorney fees of $1,191,666.66 and $23,316.42 for reimbursement for costs incurred in pursuing this Action and achieving the Settlement. A Service Award of $2,500.00 is granted to each Named Plaintiff. It is further

ORDERED that post-judgment interest shall accrue on the total amount at the legal rate pursuant to 28 U.S.C. §1961 from the date of entry of judgment. It is further

DATED at Denver, Colorado this 21st day of July, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk